IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

ANDREW BLOWERS,           )
                          )
   Plaintiff,             )
                          )
v.                        )   Case No. 1:15-cv-889-GBL-MSN
                          )
ANDREW S. LERNER, ESQ., et al.,  )
                          )
   Defendants.            )

## AMENDED FINAL JUDGMENT

For the reasons stated in the Memorandum Opinion and Order accompanying this Amended Final Judgment, in the Memorandum Opinion and Order dated July 20, 2017 (Dkt. No. 134), and in the in the Memorandum Opinion and Order dated August 31, 2016 (Dkt. No. 113), it is hereby

**ORDERED** that Plaintiff Andrew Blowers' claims against Defendants Andrew S. Lerner, Esq. and Gregory B. Walz, Esq. remain **DISMISSED WITH PREJUDICE**; it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1927, the Court requires Respondent Ernest P. Francis, former counsel for Plaintiff, to pay personally the excess costs, expenses, and attorneys' fees reasonably incurred by Defendants as a result of Respondent Francis' misconduct in violation of 28 U.S.C. § 1927; and it is further

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 58, judgment be and is entered in favor of Defendants and against Respondent Francis in the total amount of **$79,752.00** consisting of the following:

   (1) $44,160.00 for Manuel H. Newburger's costs, expenses, and attorneys' fees;
   (1) $32,495.00 for John C. Altmiller's attorneys' costs, expenses, and attorneys' fees; and
   (2) $3,097.00 for Pesner Kawamoto, PLC's costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

ENTERED this 14th day of September, 2017

/s/
Gerald Bruce Lee
United States District Judge

Alexandria, Virginia